

standards of review set forth in *Jones* and *Strickland.* Thereafter, Article 67, UCMJ, 10 U.S.C. § 867 (2012), shall apply.

No. 15–0359/AR. Matthew K. Barry, Petitioner v. United States, and James M. Flanagan, Captain, U.S. Army. Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of Relief Pendente Lite for Declaratory Relief was filed under Rule 27(a) on this date.

Monday, February 9, 2015

No. 15–0359/AR. Matthew K. Barry, Petitioner v. United States, and James M. Flanagan, Captain, U.S. Army, Respondents. On the consideration of the petition for extraordinary relief in the nature of Relief Pendente Lite for Declaratory Relief, and Petitioner's motion for a stay of proceedings below and other specified relief, it is ordered that said petition for extraordinary relief is hereby denied. without prejudice to Petitioner's right to assert the issues presented during the course of